*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NATIONWIDE JUDGMENT RECOVERY INC.

PLAINTIFF(S),

v.

TODD DISNER et al

DEFENDANT(S).

CASE NUMBER:

CV 8:20-mc-00040

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 25, 2020 in favor of NATIONWIDE JUDGMENT RECOVERY INC.
whose address is 8452 Katella Ave, Stanton CA 90680
and against HUY T. NGO
whose last known address is 9331 TRASK AVE, GARDEN GROVE CA 92844
for $ 19,890.24      Principal, $ 1,637.08      Interest, $ 0      Costs,
and $ 0.00      Attorney Fees.

ATTESTED this   9th   day of   February   , 2021
Judgment debtor's driver's license no. and state; _____ (last 4 digits) [x] Unknown.
Judgment debtor's Social Security number;   7392   (last 4 digits) [ ] Unknown.
[x] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

HUY T. NGO

9331 TRASK AVE

GARDEN GROVE CA 92844

CLERK, U.S. DISTRICT COURT

1174

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)      ABSTRACT OF JUDGMENT/ORDER