JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:22-cv-00760 PSG (DFMx)　　　　　Date April 11, 2022

Title: Matthew E. Orso v. Todd Disner, et al.

Present: The Honorable Douglas F. McCormick

|  Nancy Boehme  |  n/a  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 04/08/2022　　.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer　　nb